FEBRUARY 23, 1992

No. A–615. DUKE ET AL. *v.* CLELAND, SECRETARY OF STATE OF GEORGIA, ET AL. Application for injunction and stay, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application.

FEBRUARY 24, 1992

No. 90–1246. IMMIGRATION AND NATURALIZATION SERVICE *v.* CANAS-SEGOVIA ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *INS* v. *Elias-Zacarias, ante,* p. 478.

No. 91–974. HOLLAND *v.* FIRST VIRGINIA BANKS, INC., ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the Civil Rights Act of 1991.

No. 91–5447. JONES *v.* MILLER. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Smith* v. *Barry, ante,* p. 244.

No. — – —. DAVIS *v.* CLERK OF THE SUPREME COURT OF THE UNITED STATES ET AL. Motion to direct the Clerk to file petition for writ of certiorari denied.

No. — – —. DOE *v.* GROSS ET AL. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. — – —. GOLSTON *v.* ATTORNEY GENERAL OF ALABAMA. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. — – —. STOUFFER *v.* OKLAHOMA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.